No. 69808.—Gallagher & Ascher Company et al. *v.* United States, protests 63/14033–13630, etc. (Chicago).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of lock cylinders with keys similar in all

material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (54 Cust. Ct. 141, C.D. 2522), the claim of the plaintiffs was sustained.